**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6644**

ANTHONY D. KING,

             Petitioner - Appellant,

       v.

FEDERAL BUREAU OF PRISONS; M. MITCHELL, Warden, Edgefield,
in official capacity,

             Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Henry M. Herlong, Jr., Senior
District Judge.  (9:09-cv-00323-HMH)

Submitted:  July 23, 2009          Decided:  July 30, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony D. King, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony King, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See King v. Federal Bureau of Prisons, No. 9-09-cv-00323-HMH (D.S.C. Mar. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED